# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

v.                      Case No. 4:22-CR-00212-05-LPR

**RANDALL JUSTIN HUNT**                                                       **DEFENDANT**

## **ORDER**

Defendant Randall Justin Hunt has written to the Court expressing concerns about his appointed lawyer, Mr. Adam Childers. (Doc. 107). Mr. Hunt makes complaints regarding Mr. Childers's handling of his case and asks the Court to appoint new counsel.

Communication between counsel and Defendant is extremely important to make sure that they are both on the same page regarding timing and strategy. The Court directs Mr. Childers to meet with his client in person, video conference, or telephone by November 11, 2022, and to provide an *ex parte* status report under seal by November 18, 2022. The Court specifically wants to know, after the meeting, whether there is a breakdown of the attorney-client relationship. Mr. Childress is directed to share this Order with Mr. Hunt. Mr. Childers is further directed to provide, in the report, both Mr. Hunt's views and his own views as to the status of the attorney-client relationship.

IT IS SO ORDERED this 11th day of October 2022.

                                                          _____
                                                          LEE P. RUDOFSKY
                                                          UNITED STATES DISTRICT JUDGE